**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00232-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ARIEL MARTINEZ-MARTINEZ,
    *a.k.a. Benito Ariel Martinez-Martinez,*
    *a.k.a. Carlos Garcia,*

    Defendant.

___

**ORDER**
___

In response to the Notice of Disposition [13], it is ORDERED that counsel shall contact Chambers *via* conference call (303-335-2784) no later than July 8, 2013 to set this matter for a Change of Plea Hearing.

DATED: June 28, 2013.

                      BY THE COURT:

                      _____
                      RAYMOND P. MOORE
                      United States District Judge