IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 13-cr-00232-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ARIEL MARTINEZ-MARTINEZ,
      a.k.a. Benito Ariel Martinez-Martinez,
      a.k.a. Carlos Garcia,

      Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to the Notice of Disposition filed on June 28, 2013 (Docket No. 13). A Change of Plea Hearing is set for **August 19, 2013 at 1:00 pm**. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **July 22, 2013 at 10:00 am**, and the jury trial scheduled for **July 29, 2013 at 9:00 am** are VACATED.

DATED: July 3, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge